636

465 A.2d 46

Commonwealth v. Nelson, Appellant.

Reargument Denied Aug. 30, 1983.

Petition for Allowance of Appeal Granted Feb. 8, 1984.

Argued April 6, 1982. Taylor Putney Andrews, Public Defender, for appellant; Theodore B. Smith, III, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

461 A.2d 886

Commonwealth v. Selby, Appellant.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

Submitted May 4, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and CAVANAUGH, JJ.

Judgment of sentence affirmed.